## No. 15,406.

PICKETT *v.* PICKETT.
(161 P. [2d] 520)

Decided August 20, 1945.

60

Mr. A. R. MORRISON, for plaintiff in error.

Mr. RALPH J. CUMMINGS, for defendant in error.

*In Department.*

By MR. CHIEF JUSTICE BAKKE, MR. JUSTICE STONE and MR. JUSTICE ALTER.

At the trial, the court dismissed plaintiff's action for divorce based on cruelty. She prosecutes this writ to reverse an adverse judgment.

The undisputed evidence is that the initial relationship between plaintiff and defendant was meretricious and there is no competent evidence that it was changed. This cannot be the basis for a common-law marriage. No ceremonial marriage was ever performed. Under these circumstances the trial court was right in dismissing the action.

The judgment is affirmed.